IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS



In re: XAN MARIE WOOMER )  Case no. 12-10097-13
) Chapter 13
Debtor(s) )

## TRUSTEE'S REPORT TO COURT
## OF OUTSTANDING FUNDS

COMES NOW Laurie B. Williams, Standing Chapter 13 Trustee, and reports to the Court that she issued funds in the captioned case for the creditor(s) or debtor(s) listed below, which have either been returned due to an insufficient address, payments have been returned, or the check(s) have never been presented to her bank for payment, and more than 60 days have passed since the funds were issued.

| Claim No | Creditor/ Debtor | Amount |
|---|---|---|
| REFUND | DEBTOR | $1,445.54 |

The case has been completed ; therefore the Trustee is turning the funds over to the Clerk of the Bankruptcy Court to be held in the Court Registry. Attached hereto is Trustee check no. 205580, in the amount of $1,445.54, payable to the Clerk of the Bankruptcy Court.

Dated: January 19, 2016

Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2916
(316) 267-1791
lbwsig@wichita13trustee.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Report was deposited in the United States mail, first-class postage prepaid on 1/19/16 to the following:

RONALD L LESLIE
ATTORNEY AT LAW
P O BOX 2067
HUTCHINSON, KS 67504-2067

XAN MARIE WOOMER
310 FRY
LARNED, KS 67550

/s/ Rene M. Hendricks
Rene M. Hendricks, Office Administrator